# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

| | |
|---|---|
| IN RE: | CASE NO. 10-22529 |
| THEODORE ROACH, III | Chapter 07 |
| Debtor(s). | Judge Tracey N. Wise |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

Now comes PNC Bank, National Association, claim #1 filed as PNC Mortgage ("Movant"), and, through counsel, moves pursuant to 11 U.S.C. Section 362 for an Order granting the motion for relief from the automatic stay and abandonment with respect to certain property owned by the Debtor in which Movant has a security interest, and for an abandonment of the property under § 554 the Bankruptcy Code.  In support of this Motion, Movant states as follows:

1. The debtor filed a petition for relief under Chapter 07 of the Bankruptcy Code in this Court on September 17, 2010.  The Trustee of the Estate of the debtor in this case is L. Craig Kendrick, Chapter 7 Trustee.

2. As of the date of the filing of the petition the debtor was indebted to the Movant in the amount of $107,362.64, representing the balance due on a note and security agreement.

3. The indebtedness evidenced by the note and security agreement is secured by a security interest in the following real property at 20 Dorothy Drive, Highland Heights, KY 41076.

4. Since the filing of the petition, the debtor has not made payments to Movant in accordance with the Note secured by the Mortgage. The debtor has not made any payments due for the months of August 1, 2010 through October 1, 2010.

Movant seeks relief from stay and abandonment on the following grounds: the interest of Movant is not adequately protected; or the debtor has no equity in the property.

Respectfully submitted,

/s/ D. Anthony Sottile
D. Anthony Sottile (92251)
Reisenfeld & Associates, LPA LLC
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com

## NOTICE

Please take notice that parties in interest shall have 15 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed Order may be entered by the Court without a hearing on the motion.

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all known lien holders have been served a copy of the foregoing has been served this 18th day of October, 2010, by regular U.S. Mail, postage prepaid, or by electronic filing upon the following:

    Theodore Henry Roach, III,
    20 Dorothy Drive
    Highland Heights, KY 41076

    Alexander F Edmondson, Esq.
    28 West 5th Street
    Covington, KY 41011

    L. Craig Kendrick, Bankruptcy Trustee
    7000 Houston Road
    Building 300, Suite 25
    Florence, KY 41042

    US Trustee
    100 East Vine Street #500
    Lexington, KY 40507

    /s/ D. Anthony Sottile
    D. Anthony Sottile (92251)