# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## AT COVINGTON

| | |
|---|---|
| IN RE: | CASE NO. 10-22529 |
| THEODORE ROACH, III | CHAPTER 07 |
| Debtor(s). | JUDGE Tracey N. Wise |

## ORDER ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT

This matter is before the Court upon PNC Bank, National Association's ("Movant") Motion for Relief from Stay and Abandonment ("Motion") submitted to this Court which demonstrates that Movant holds a security in the real property located at 20 Dorothy Drive, Highland Heights, KY 41076 and that the obligation by the debtor(s) exceed the value of the property and the debtor(s) is/are unable to provide Movant with adequate protection, and therefore for good cause shown, this Court GRANTS the Motion for Relief and Abandonment.  Movant is authorized to proceed with its State Law rights, including, but not limited to its right to proceed with a foreclosure sale of the real property located at 20 Dorothy Drive, Highland Heights, KY 41076.

**IT IS ORDERED.**

**RESPECTFULLY SUBMITTED BY:**

/s/ D. Anthony Sottile
_____
D. Anthony Sottile (92251)
Reisenfeld & Associates, LPA LLC
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH  45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com

Pursuant to Local Rule 9022-1(c), D. Anthony Sottile shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

Theodore Henry Roach, III,
20 Dorothy Drive
Highland Heights, KY 41076

Alexander F Edmondson, Esq.
28 West 5th Street
Covington, KY 41011

L. Craig Kendrick, Bankruptcy Trustee
7000 Houston Road
Building 300, Suite 25
Florence, KY 41042

US Trustee
100 East Vine Street #500
Lexington, KY 40507

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Monday, November 08, 2010
(jms)**