# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re:  Theodore Henry Roach III<br><br>    20 Dorothy Drive<br>    Crestview, KY 41076<br>aka/dba: Ted Roach<br>Ted H. Roach III<br>Theodore Roach<br>SSN/TID: xxx–xx–9169<br><br><br>Debtor(s) | Case Number: 10–22529–tnw<br><br>Chapter: 7 |

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

By the court –

Dated: 1/13/11

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0643-2          User: ruthh                 Page 1 of 1                  Date Rcvd: Jan 13, 2011
Case: 10-22529                Form ID: B18                Total Noticed: 12

The following entities were noticed by first class mail on Jan 15, 2011.
db           +Theodore Henry Roach, III,    20 Dorothy Drive,   Crestview, KY 41076-2003
4340582      +CAMPBELL COUNTY ATTORNEY,    JUSTIN VERST,    331 YORK ST.,    NEWPORT KY 41071-4901
4340583      +CRESTVIEW CITY,    14 CIRCLE DR.,    CRESTVIEW KY 41076-2002
4340584       FIFTH THIRD BANK,    PO BOX 630900,    CINCINNATI OH 45263-0900
4340585       FIFTH THIRD MASTERCARD,    PO BOX 740789,    CINCINNATI OH 45274-0789
4340586      +HUNTINGTON BANK,    2361 MORSE RD,   COLUMBUS OH 43229-5891
4387975      +HUNTINGTON NATIONAL BANK,    6101 W 130TH ST,    PARMA OH 44130-1075
4340587      +NKY EDUCATORS FCU,    2805 ALEXANDRIA PIKE,    HIGHLAND HEIGHTS KY 41076-1511
4340588       NKY EDUCATORS FCU VISA,    PO BOX 4519,    CAROL STREAM IL 60197-4519
4340589      +PNC BANK,    PO BOX 609,    PITTSBURGH PA 15230-0609
4340590      +PNC MORTGAGE,    PO BOX 533510,    ATLANTA GA 30353-3510
4363038      +PNC MORTGAGE,,    A DIVISION OF PNC BANK,,    NATIONAL ASSOCIATION,    3232 NEWMARK DRIVE,
               MIAMISBURG, OH 45342-5421

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2011**                          **Signature:** _Joseph Speetjens_